GUAN-2005-T03027

05-1490 (PLP)

My name is: ABD AL-HADI OMAR MAHMUD FARAJ. My nationality is Syrian from Syria. My language is Arabic. I do not know English. I am a detainee here in Cuba at the American base of Guantanamo. My number is 329. I am presenting my request to the Civilian Federal Court that CLIVE STAFFORD be permitted to defend me in my case, knowing that I do not have the money or the amount of the expenses and costs to give to the lawyer. I give my thanks to whoever is contributing and going about helping me in solving my case and helping me return to my beloved homeland, Syria.

This is the address of the lawyer that I want to defend me in my case:

CLIVE A STAFFORD SMITH
SOROS SENIOR FELLOW
JUSTICE IN EXILE
636 BARONNE STREET
NEW ORLEANS, AL 70113
U.S.A.

504 558 9867
504 559 0378 FAX
504 338 9867 CELL
CLIVESS@AOL.COM

2

انا اسمي: عبدالهادي عمر محمود فرج . وجنسيتي سوري من سوريا ولغتي هي اللغة العربية ولا اعرف اللغة الانجليزية والمحتجز هنا في كوبا في معاهره جوانتانامو الامريكية . ورقمي  329   و 32

- اقدم طلبي الى المحكمة الموديرالية بأن تسمح للمحامي CLIVE STAFFORD بأن يقوم بالدفاع عن قضيتي . علماً بأنه لا يوجد عندي مال فلوس لكي اقدمه للمحامي قيمة التكاليف والمصاريف .

واقدم شكري لمن ساهم وقام بمساعدتي في حل قضيتي ورجوعي الى وطني الحبيب سوريا .

وهذا عنوان المحامي الذي اريد ان يدافع عن قضيتي

CLIVE A STAFFORD      SMITH
SOROS SENIOR FELLOW
JUSTICE IN EXILE
636 BARONNE STREET
NEW ORLEANS, AL      70113
         U.S.A
504  558  9867
504  559  0378    FAX
504  338  9867    CELL
CLIVEss @ AOL.COM