UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FARAJ ABDL AL HADI OMAR MAHMOUD
Camp Delta
Washington, D.C. 20355

    Petitioner

v.

GEORGE W. BUSH, President
of the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group - JTF-GTMO

    Respondents

Civil Action No.

CASE NUMBER  1:05CV01490

JUDGE: Paul L. Friedman

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 07/28/2005

Leave to file without Prepayment of Cost **GRANTED**

*[signature]*
7/27/05

PETITION FOR WRIT OF HABEAS CORPUS

**FILED**
**JUL 2 8 2005**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

GUAN-2005-T03045

    I was told that I could present a petition to a civil court and a civil judge so he can look into the legality of my detention here at the Gulf of Guantanamo Bay, Cuba.
Since there is no one to present this petition on my behalf so I wrote this petition in protest on my detention at the Gulf of Guantanamo Bay, Cuba.
I ask the civil court and the civil judge to take care of my case and take it in consideration.

Petition presenter:
Faraj, Abdl AL Hadi Omar Mahmoud.
Nationality: Syrian.
Country: Syria.
My number in Cuba: 329.

05 1490



GUAN-2005-T 03045

DO NOT WRITE BEYOND HEAVY LINES

FILED

JUL 28 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1490

نقر ثم ابلاغ عني بإنني استطيع ان اقدم عريضة الى محكمة مدنية وقاضي مدني لكي ينظر في قانونية احتجازي هنا في خليج غوانتانامو من كوبا.

وحيث انه لا يوجد احد يقدم لي هذه العريضة فقد قمت بكتابة هذه العريضة احتجاجاً على احتجازي من خليج غوانتانامو من كوبا.

وانا الطلب من المحكمة المدنية والقاضي المدني ان يهتموا في قضيتي وأخذها من عين الاعتبار.

مقدم الطلب /

عبد القادر عمر محمود فرج

الجنسية : سوري

البلد : سوريا

رقمي من كوبا : ٣٥٩

Reverse of DA FORM 2667-R, May 82