IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FARAJ ABDL AL HADI OMAR MAHMOUD, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1490 (PLF) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUL HADI OMER HAMOUD FARAJ, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1590 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.*, | ) ) ) ) ) | |
| Respondents. | ) ) | |

**NOTICE OF MULTIPLE PETITIONS FILED BY
GUANTANAMO BAY DETAINEE**

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 329 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 329 has filed petitions as Faraj Abdl Al Hadi Omar Mahmoud in Mahmoud v. Bush, No. 05-CV-1490 (PLF), and as Abdul Hadi Omer Hamoud Faraj in Faraj v. Bush, No. 05-CV-1590 (JDB).

Dated:  August 23, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

   /s/ Preeya M. Noronha
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Tel:  (202) 514-2000

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2005, I caused a copy of the foregoing Notice of Multiple Petitions Filed by Guantanamo Bay Detainee to be served via U.S. Mail, First Class postage prepaid, on Guantanamo Bay Detainee ISN 329 at the following address:

    Camp Delta; Guantanamo Bay
    Washington, D.C. 20355

    /s/ Preeya M. Noronha
    PREEYA M. NORONHA
    United States Department of Justice
    Civil Division, Federal Programs Branch

    One of the Attorneys for Respondents