## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FARAJ ABDL AL HADI OMAR MAHMOUD,**

    *Petitioner,*

    **v.**

**GEORGE W. BUSH,** *et al.,*

    *Respondents.*

**Case No. 1:05CV01490 (PLF)**

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE of the entry of appearance of the undersigned as counsel for Petitioner, Abdul Hadi Omer Hamoud Faraj, in the above-captioned matter.

    Respectfully submitted,

By /s/ Robert C. Weaver, Jr.
    Robert C. Weaver, Jr. OSB #80135
    Samuel C. Kauffman, OSB #94352
    GARVEY SCHUBERT BARER
    Eleventh Floor
    121 SW Morrison St.
    Portland, OR 97204
    Tel: (503) 228-3939
    Fax: (503) 226-0259

By /s/ Eldon V.C. Greenberg
    Eldon V.C. Greenberg
    D.C. Bar #159558
    GARVEY SCHUBERT BARER
    Fifth Floor
    1000 Potomac Street, N.W.
    Washington, DC 20007
    Tel: (202) 965-7880
    Fax: (202) 965-1729

    Attorneys for Petitioner

Dated: August 25, 2005