IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FARAJ ABDL AL HADI OMAR MAHMOUD,**<br><br>*Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>*Respondents.* | Case No. 1:05CV01490 (PLF) |

## MOTION TO CORRECT CAPTION

Petitioner, Abdul Hadi Omer Hamoud Faraj, through his attorneys, hereby moves for an order changing the caption of this case to correctly reflect his name. A corrected caption is attached hereto at Exhibit 1. Petitioner's name was apparently listed "Faraj Abdl Hadi Omar Mahmoud" due to a translation error and through a misreading of Petitioner's name during the process of docketing his *pro se* petition. The *pro se* document filed with the original petition listed Petitioner's name as "Faraj, Abdl Al Hadi Mahmoud."

Pursuant to Local Rule 7.1(m), Petitioner's counsel have discussed this motion with counsel for Respondents and they have no objection to the change requested.

    Respectfully submitted,

By /s/ Robert C. Weaver, Jr.
    Robert C. Weaver, Jr. OSB #80135
    Samuel C. Kauffman, OSB #94352
    GARVEY SCHUBERT BARER
    Eleventh Floor
    121 SW Morrison St.
    Portland, OR 97204
    Tel: (503) 228-3939
    Fax: (503) 226-0259

- 2 -

                By <u>/s/ Eldon V.C. Greenberg</u>
                    Eldon V.C. Greenberg
                    D.C. Bar #159558
                    GARVEY SCHUBERT BARER
                    Fifth Floor
                    1000 Potomac Street, N.W.
                    Washington, DC 20007
                    Tel: (202) 965-7880
                    Fax: (202) 965-1729

                    <u>Attorneys for Petitioner</u>

Dated:  August 25, 2005