IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HADI OMER HAMOUD FARAJ,**<br>    **Detainee**<br>    **Guantánamo Bay Naval Station**<br>    **Guantánamo Bay, Cuba**<br><br>    *Petitioner/Plaintiff,*<br><br>    v.<br><br>**GEORGE W. BUSH,**<br>    **President of the United States**<br>    **The White House**<br>    **1600 Pennsylvania Ave, NW**<br>    **Washington, D.C. 20500**<br><br>**DONALD RUMSFELD,**<br>    **Secretary of Defense**<br>    **1000 Defense Pentagon**<br>    **Washington D.C. 20301-1000**<br><br>**ARMY BRIG. GEN. JAY HOOD,**<br>    **Commander, Joint Task Force - GTMO**<br>    **Guantánamo Bay Naval Station**<br>    **Guantánamo Bay, Cuba,**<br><br>**ARMY COL. MIKE BUMGARNER,**<br>    **Commander, Joint Detention**<br>    **Operations Group, JTF - GTMO**<br>    **JTF-GTMO**<br>    **APO AE 09360**<br><br>    *Respondents/Defendants.* | Case No. 1:05CV01490 (PLF) |

**EXHIBIT 1 - MOTION TO CORRECT CAPTION**