IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FARAJ ABDL AL HADI OMAR MANMOUD,**<br><br>*Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>*Respondents.* | Case No. 1:05CV01490 (PLF) |

**ORDER**

Upon motion of Petitioner to correct his name in the caption of this matter from "Faraj Abdl Al Hadi Omar Mahmoud" to "Abdul Hadi Omer Hamoud Faraj," and there being no objection by Respondents, it is by the Court this ____ day of August, 2005 hereby

ORDERED, that Petitioner's name in the caption of this matter be amended to read "Abdul Hadi Omer Hamoud Faraj."

_____
UNITED STATES DISTRICT JUDGE