**<u>EXHIBIT C</u>**

Fwd: Impersonating ___ I at GTMO

b6 -1
b7C -1

b6 -1
b7C -1

**From:**
**To:** Bald, Gary, BATTLE, FRANKIE, CUMMINGS, ARTHUR, ...
**Date:** Fri, Dec 5, 2003 9:53 AM
**Subject:** Fwd: Impersonating FBI at GTMO

b6 -1
b7C -1

Frank

I am forwarding this EC up the CTD chain of command. MLDU requested this information be documented to protect the FBI. MLDU has had a long standing and documented position against use of some of DOD's interrogation practices, however, we were not aware of these latest techniques until recently.

b2 -3
b6 -4
b7C -4
b7E -1
b7F -1

Of concern, DOD interrogators impersonating Supervisory Special Agents of the FBI told a detainee that ___ These same interrogation teams then ___ The detainee was also told by this interrogation team ___

These tactics have produced no intelligence of a threat neutralization nature to date and CITF believes that techniques have destroyed any chance of prosecuting this detainee.

If this detainee is ever released or his story made public in any way, DOD interrogators will not be held accountable because these torture techniques were done the "FBI" interrogators. The FBI will left holding the bag before the public.

b6 -1
b7C -1

SSA ___
CTD/MLDU

CC: ___

b6 -1
b7C -1

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE ___

DETAINEES-3168