**EXHIBIT D**

((MSG016 RTF    SECRET

Page 2

b6 -1
b7C -1

Could you please provide a short summary of what you observed? Thanks

-----Original Message-----
From: [redacted] (BS) (FBI)          b6 -1
Sent: Monday, July 12, 2004 10:10 AM
To: [redacted] (INSD) (FBI)          b7C -1
Subject: RE GTMO

SENSITIVE BUT UNCLASSIFIED
NON-RECORD

                    b6 -1
Mr [redacted]       b7C -1

b1

I am responding to your request for feedback on aggressive treatment and improper interview techniques used on detainees at GTMO. I did observe treatment that was not only aggressive, but personally very upsetting, although I can't say that this treatment was perpetrated by Bureau employees. It seemed that these techniques were being employed by the military, government contract employees and [redacted]

b2 -1
b6 -1     My name is SA [redacted] Boston Division, EOD [redacted] currently assigned to Squad C-9,   {S}
b7C -1    telephone [redacted]

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SENSITIVE BUT UNCLASSIFIED

SECRET

DETAINEES-1761          1761

5054