**EXHIBIT E**

El Paso Times                                                                 Page 1 of 2



**Local news**  Friday, July 29, 2005

MP's defense asks for acquittal if missing evidence not found

*Chris Roberts*
*El Paso Times*

The defense lawyer for a military policeman accused of assault in the 2002 death of a prisoner in Afghanistan said Thursday that the case against his client should be dropped if the government can't produce evidence that apparently was destroyed.

John P. Galligan, who represents Pfc. Willie V. Brand, had asked for logbooks from the Bagram Control Point, located 40 miles north of Kabul, the Afghan capital. Brand was a guard at the military prison where detainees were held while being evaluated for transport to the Navy-run prison at Guantanamo Bay, Cuba.

"It appears they (logbooks) don't exist," military Judge Lt. Col. Mark Sposato said.

Brand, formerly with the 377th Military Police Company in Cincinnati, is charged with assault, maiming, maltreatment and giving a false official statement. He is accused of using a debilitating knee-strike technique against Dilawar, an Afghan prisoner. A medical examiner testified that Dilawar died from reactions his body had to dead tissue in his thighs, where the knee-strike blows generally landed.

Galligan contends that the logbooks and testimony from witnesses he has requested will show that the knee strikes were commonly used in interrogations orchestrated by military intelligence officials. The sessions included sleep deprivation, which involved chaining prisoners' hands to the ceiling to keep them in a standing position and putting hoods on their heads to disorient them.

"It was routine. It was going on every day," Galligan said after the hearing at Fort Bliss. "The absence of the logbooks hinders our ability to put on a defense."

If the logbooks can't be found, "the charges should be dropped," he told the judge.

However, 1st Lt. David Trainor, an Army prosecutor, argued that in previous hearings, soldiers who said they delivered the knee strikes also testified that they didn't log those blows. "What the defense said is in those logbooks isn't in there," he said.

Prosecutors have argued that the general conditions at the prison aren't relevant to the charges against Brand and that he should be held responsible for his actions against Dilawar and another prisoner, Habibullah, who also died from complications related to the beatings. Brand is among eight soldiers charged in the cases.

Galligan and Capt. Steven Slawinski, Brand's military lawyer, also argued that

three statements Brand gave to investigators should be suppressed because he was intimidated into making them by his commander and others and that he wasn't adequately informed of the charges against him. In one of the statements, prosecutors said, Brand admitted that he delivered more than 30 knee strikes to Dilawar in one session.

The special agents who took the statements said Brand didn't appear uncomfortable or intimidated in the encounters and that he signed off on them after making his own corrections and additions.

"He knew what was going on and he didn't seem tired. He didn't seem scared," Trainor said.

Galligan and Slawinski also argued that delayed pay and denial of health-care benefits to his wife caused by Army bureaucracy combined with menial work assignments amounted to punishment before Brand has been convicted of a crime. They asked Sposato to give Brand 240 days of credit for any prison time he might receive if he is convicted. If convicted on all the charges against him, his faces a maximum 20 years in prison.

Trainor said that every soldier faces problems with the bureaucracy and that ultimately Brand could have fixed them. "He's not taking care of the affairs he needs to take care of," Trainor said. "It isn't the fault of the Army."

Sposato said he would rule on the motions at a later date.

Also on Thursday, Brand said he wants an enlisted panel, similar to a jury, of which one-third would be enlisted soldiers. His general court-martial is scheduled for Aug. 15.

Chris Roberts may be reached at chrisr@elpasotimes.com; 546-6136.

**Copyright © 2004 El Paso Times.**
Use of this site signifies your agreement to the Terms of Service (updated 8/10/2001)