IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ABDUL HADI OMER HAMOUD FARAJ,**

*Petitioner,*

v.

**GEORGE W. BUSH,** *et al.,*

*Respondents.*

Case No. 1:05CV01490 (PLF)

### ORDER GRANTING RESPONDENTS' AMENDED MOTION TO STAY PROCEEDINGS, ENTERING PROTECTIVE ORDER, AND REQUIRING PROMPT RETURN BY THE GOVERNMENT, PRESERVATION OF EVIDENCE AND ADVANCE NOTICE OF ANY PROPOSED REMOVAL OF PETITIONER FROM DETENTION FACILITIES

Upon consideration of Respondents' Amended Motion to Stay Proceedings, the parties' briefs, declarations and exhibits relating to that Motion, and the arguments of counsel, it is now, therefore, upon consideration,

ORDERED that Respondents' Amended Motion to Stay Proceedings be, and it hereby is, granted, subject to the conditions set forth below; and it is further

ORDERED that Respondents shall make a factual return of their grounds for holding Petitioner within forty-five (45) days after entry of this Order; and it is further

ORDERED that the Amended Protective Order, together with related supplemental orders, submitted as an attachment to Respondents' Amended Motion to Stay Proceedings be, and they hereby are, entered in this action; and it is further

ORDERED that Respondents shall preserve and maintain any and all evidence and

information regarding any torture, mistreatment and abuse of Petitioner at the Guantánamo Bay detention facilities or while he has otherwise been within Respondents' possession, custody or control; and it is further

ORDERED that Respondents must provide counsel for Petitioner and this Court thirty (30) days' advance notice before removing Petitioner from the detention facilities at Guantánamo Bay, Cuba; and it is further

ORDERED that Petitioner may seek such additional emergency relief from this Court as necessary.

                                                                                                _____
                                                                                                UNITED STATES DISTRICT JUDGE

Dated: _____, 2005
           Washington, D.C.