UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
ABDUL HADI OMER                     )
    MAHMOUD FARAJ,                  )
                                    )
        Petitioner,                 )
                                    )
    v.                              )   Civil Action No. 05-1490 (PLF)
                                    )
GEORGE W. BUSH, et al.,             )
                                    )
        Respondents.                )
_____)

ORDER

This matter is before the Court on Respondents' Amended Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination. Upon consideration of the arguments of the parties and the full record in this case, it is hereby

ORDERED that the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information" entered on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13, 2004, in the In re Guantanamo Bay Detainee Cases, Civil No. 02-0299, et al., by Judge Joyce Hens Green shall apply in this case; it is

FURTHER ORDERED that [9] Respondents' Amended Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that this case is STAYED pending resolution of all appeals in In re Guantanamo Detainee Cases, Civil No. 02-0299, et al., 355 F. Supp.2d 443 (D.D.C. 2005), and Khalid et al. v. Bush, Civil No. 04-1142, 355 F. Supp.2d 311 (D.D.C. 2005). This stay shall not, however, prevent the parties from continuing to avail themselves of the procedures set forth in the Protective Order, nor shall it relieve the government of any obligation to provide petitioner with a factual return while the appeals of related cases are pending, nor shall it bar the filing or disposition of any motion for emergency relief; it is

FURTHER ORDERED that respondents shall file a factual return regarding petitioner Abdul Hadi Omer Mahmoud Faraj within ninety (90) days of the entry of this Order or within ninety (90) days of the conclusion of any Combatant Status Review Tribunal proceeding, whichever is later; it is

FURTHER ORDERED that [4] Respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination is DENIED as moot.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: September 26, 2005