UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH THANI FARIS AL-ANAZI, *et al.*, )<br>)<br>Petitioners, )<br>)<br>)<br>v. )<br>)<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents. )<br>_____) | Civ. No. 05-CV-345<br>(JDB)(AK) |
| FAWZI AL ODAH, *et al.*, )<br>)<br>Petitioners, )<br>)<br>)<br>v. )<br>)<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents. )<br>_____) | Civ. No. 02-CV-828<br>(CKK)(AK) |
| SUHAIL ABDU ANAM, *et al.*, )<br>)<br>Petitioners, )<br>)<br>)<br>v. )<br>)<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>Respondents. )<br>_____) | Civ. No. 04-CV-1194<br>(HHK)(AK) |

| | |
|---|---|
| **ABDUL HADI OMER HAMOUD FARAJ,**            )<br>                                                                          )<br>         Petitioner,                                         )<br>                                                                          )<br>                                                                          )<br>v.                                                                     )<br>                                                                          )<br>                                                                          )<br>**GEORGE W. BUSH,** *et al.***,**                           )<br>                                                                          )<br>         Respondents.                                     )<br>_____)  | **Civ. No. 05-CV-1490**<br>          **(PLF)(AK)** |
| **MAHMOOD SALIM AL-MOHAMMED,** *et al.***,** )<br>                                                                          )<br>         Petitioners,                                        )<br>                                                                          )<br>                                                                          )<br>v.                                                                     )<br>                                                                          )<br>                                                                          )<br>**GEORGE W. BUSH,** *et al.***,**                           )<br>                                                                          )<br>         Respondents.                                     )<br>_____) | **Civ. No. 05-CV-247**<br>          **(HHK)(AK)** |
| **MOHAMMED,** *et al.***,**                                     )<br>                                                                          )<br>         Petitioners,                                        )<br>                                                                          )<br>                                                                          )<br>v.                                                                     )<br>                                                                          )<br>                                                                          )<br>**GEORGE W. BUSH,** *et al.***,**                           )<br>                                                                          )<br>         Respondents.                                     )<br>_____) | **Civ. No. 05-CV-2087**<br>          **(RMC)(AK)** |

| | | |
|---|---|---|
| **NABIL,** *et al.*, | ) | |
| | ) | |
|     Petitioners, | ) | |
| | ) | |
| | ) | |
|     v. | ) | **Civ. No. 05-CV-1504** |
| | ) | **(RMC)(AK)** |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
|     Respondents. | ) | |
| | ) | |

| | | |
|---|---|---|
| **AL HAWARY,** *et al.*, | ) | |
| | ) | |
|     Petitioners, | ) | |
| | ) | |
| | ) | |
|     v. | ) | **Civ. No. 05-CV-1505** |
| | ) | **(RMC)(AK)** |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
|     Respondents. | ) | |
| | ) | |

| | | |
|---|---|---|
| **SAIB,** *et al.*, | ) | |
| | ) | |
|     Petitioners, | ) | |
| | ) | |
| | ) | |
|     v. | ) | **Civ. No. 05-CV-1353** |
| | ) | **(RMC)(AK)** |
| | ) | |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
|     Respondents. | ) | |
| | ) | |

| | | |
|---|---|---|
| **SHAFIQ,** *et al.*, | ) | |
| | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | **Civ. No. 05-CV-1506** |
| | ) | **(RMC)(AK)** |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
|     Respondents. | ) | |

| | | |
|---|---|---|
| **HASSAN BIN ATTASH,** *et al.*, | ) | |
| | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | **Civ. No. 05-CV-1592** |
| | ) | **(RCL)(AK)** |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
|     Respondents. | ) | |

| | | |
|---|---|---|
| **ABDANNOUR SAMEUR,** *et al.*, | ) | |
| | ) | |
|     Petitioners, | ) | |
| | ) | |
| v. | ) | **Civ. No. 05-CV-1806** |
| | ) | **(CKK)(AK)** |
| **GEORGE W. BUSH,** *et al.*, | ) | |
| | ) | |
|     Respondents. | ) | |

| | | |
|---|---|---|
| **MAHMOUD ABDAH**, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| | ) | |
| v. | ) | **Civ. No. 05-CV-1254** |
| | ) | **(HHK)(AK)** |
| | ) | |
| **GEORGE W. BUSH**, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

| | | |
|---|---|---|
| **ABDULSALAM ALI ABDULRAHMAN** | ) | |
|     **AL-HELA**, *et al.*, | ) | |
|     Petitioners, | ) | |
| | ) | |
| | ) | |
| v. | ) | **Civ. No. 05-CV-1048** |
| | ) | **(RMU)(AK)** |
| | ) | |
| **GEORGE W. BUSH**, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

| | | |
|---|---|---|
| **SAEED MOHAMMED SALEH HATIM**, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| | ) | |
| v. | ) | **Civ. No. 05-CV-1429** |
| | ) | **(RMU)(AK)** |
| | ) | |
| **GEORGE W. BUSH**, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**ORDER**

Pending before the Court is Petitioners' Motion to Compel Privilege Team Compliance with the Amended Protective Order.[1] The Court finds that Petitioners' motion may implicate privileged attorney-client communications, and that appointment of a Special Litigation Team is necessary to protect Petitioners' privileged communications. Petitioners have indicated that they do not object to this appointment. (Mot. at 15, n.6.) Therefore, it is hereby, this _2nd_ day of March, 2006

ORDERED that a Special Litigation Team is assigned to represent the Privilege Review Team in its response to the pending motion, pursuant to the terms of this Court's Order of February 2, 2006, authorizing a Special Litigation Team in *Salahi v. Bush*, 05-CV-0569, Dkt. No. 49, and it is

FURTHER ORDERED that the Special Litigation Team shall respond to Petitioners' motion on behalf of the Privilege Review Team by March 13, 2006.


SO ORDERED.


Dated: March _2nd_, 2006         _____/s/_____
                                 ALAN KAY
                                 UNITED STATES MAGISTRATE JUDGE

---

[1] The Motion was filed under seal with the Court Security Officer on Feb. 21, 2006.