**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABDULLA THANI FARIS AL-ANAZI, *et al.*,<br><br>　　　　　*Petitioners,*<br><br>　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　　*Respondents* | Civ. No. 1:05-CV-0345<br>(JDB) (AK) |
| FAWZI AL ODAH, *et al.*,<br><br>　　　　　*Petitioners,*<br><br>　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　　*Respondents* | Civ. No. 1:02-CV-0828<br>(CKK) (AK) |
| ABDULSALAM ALI ABDULRAHMAN<br>　AL-HELA, *et al.*,<br>　　　　　*Petitioners,*<br><br>　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　　*Respondents* | 05-CV-1048 (RMU) (AK) |

| | | |
|---|---|---|
| **SAEED MAHAMMED SALEH HATIM,** *et al.*,                   Petitioners, v.  **GEORGE W. BUSH,** *et al.*,                   *Respondents* | ) ) ) ) ) ) ) ) ) ) ) ) ) | **05-CV-1429 (RMU) (AK)** |
| **ABDUL HADI OMER HAMOUD FARAJ,**                   *Petitioners,* v.  **GEORGE W. BUSH,** *et al.*,                   *Respondents* | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civ. No. 1:05CV01490 (PLF)(AK)** |
| **MOHAMMED,** *et al.*                   *Petitioners,* v.  **GEORGE W. BUSH,** *et al.*,                   *Respondents* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Civ. No. 1:05CV02087 (RMC)(AK)** |

2

|  |  |
|---|---|
| **NABIL,** *et al.*<br><br>　　　　　*Petitioners,*<br><br>　v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>　　　　　*Respondents* | **Civ. No. 1:05CV01504**<br>**(RMC)(AK)** |
| **AL HAWARY,** *et al.*<br><br>　　　　　*Petitioners,*<br><br>　v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>　　　　　*Respondents* | **Civ. No. 1:05CV01505**<br>**(RMC)(AK)** |
| **SAIB,** *et al.*<br><br>　　　　　*Petitioners,*<br><br>　v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>　　　　　*Respondents* | **Civ. No. 1:05CV01353**<br>**(RMC)(AK)** |

| | ) | |
|---|---|---|
| **SHAFIQ,** *et al.* | ) | |
| | ) | |
| *Petitioners,* | ) | |
| | ) | **Civ. No. 1:05CV01506** |
| v. | ) | **(RMC)(AK)** |
| | ) | |
| **GEORGE W. BUSH,** *et al.,* | ) | |
| | ) | |
| *Respondents* | ) | |
| | ) | |

| | ) | |
|---|---|---|
| **HASSAN BIN ATTASH,** *et al.* | ) | |
| | ) | |
| *Petitioners,* | ) | |
| | ) | **Civ. No. 1:05CV01592** |
| v. | ) | **(RCL)(AK)** |
| | ) | |
| **GEORGE W. BUSH,** *et al.,* | ) | |
| | ) | |
| *Respondents* | ) | |
| | ) | |

| | ) | |
|---|---|---|
| **ABDANNOUR SAMEUR,** *et al.* | ) | |
| | ) | |
| *Petitioners,* | ) | |
| | ) | **Civ. No. 1:05CV01806** |
| v. | ) | **(CKK)(AK)** |
| | ) | |
| **GEORGE W. BUSH,** *et al.,* | ) | |
| | ) | |
| *Respondents* | ) | |
| | ) | |

4

## NOTICE OF WITHDRAWAL OF FILING

Petitioners in the above-captioned cases hereby withdraw their **Reply Brief in Support of Petitioners' Motion to Compel Privilege Team Compliance with the Amended Protective Order** in light of new information of the existence of a Response to Petitioners' Motion that was never served on Petitioners.

Dated:   April 10, 2006

                                    Respectfully submitted,

                                    Counsel for Petitioners:

                                       /s/ Anant Raut
                                  David R. Berz (DC 182105)
                                  David A. Hickerson (DC 414723)
                                  Anant Raut (DC 490211)
                                  WEIL GOTSHAL & MANGES LLP
                                  1300 Eye Street, NW
                                  Suite 900
                                  Washington, D.C.   20005
                                  Tel: (202) 682-7000
                                  Fax: (202) 857-0939

| | |
|---|---|
| /s/ Kristine Huskey | /s/ Randall T. Coyne |
| Thomas B. Wilner, D.C. Bar # 173807 | Randall T. Coyne |
| Neil H. Koslowe, D.C. Bar # 361792 | University of Oklahoma College of Law |
| Kristine A. Huskey, D.C. Bar #462979 | Andrew Coats Hall |
| Amanda E. Shafer | 300 Timberdell Road |
| SHEARMAN & STERLING LLP | Norman, OK  73019 |
| 801 Pennsylvania Avenue, N.W. | Tel: (405) 325-4646 |
| Washington, D.C.  20004 | Fax: (405) 325-0389 |
| Tel: (202) 508-8000 | |
| Fax: (202) 508-8100 | Thomas R. Brett |
| | Craig Hoster |
| /s/ David H. Remes | Larry D. Ottaway |
| David H. Remes, D.C. Bar # 370782 | CROWE & DUNLEVY |
| COVINGTON & BURLING | 500 Kennedy Building |
| 1201 Pennsylvania Avenue, N.W. | 321 South Boston Avenue |
| Suite 803E | Tulsa, OK  74103 |
| Washington, D.C.  20004 | Tel: (918) 592-9830 |
| Tel: (202) 662-5212 | Fax: (918) 599-6311 |
| Fax: (202) 662-6291 | |

Marc Falkoff, D.C. Bar # 491149          Terry W. West
COVINGTON & BURLING                      THE WEST LAW FIRM
1330 Avenue of the Americas              P.O. Box 698
New York, NY 10019                       Shawnee, OK  74802
Tel: (212) 841-1166                      Tel: (405) 275-0040
Fax: (646) 441-9166                      Fax: (405) 275-0052

/s/ Anne J. Castle                       Of Counsel
Anne J. Castele, CO #11202               Barbara J. Olshansky ( N.Y State Bar #3635)
Scott S. Barker, CO #11177               CENTER FOR CONSTITUTIONAL
J. Triplett Mackintosh, CO #22359            RIGHTS
William E. Murane, CO #2676              666 Broadway
Douglas L. Abbott, CO #18683             New York, NY  10012
Hamid M. Khan, CO #34139                 Tel: (212) 614-6439
Danielle R. Voorhees, CO #35929
Valerie L. Simmons, CO #30218
Barry C. Bartel, CO #23040
Jonathan S. Bender, CO #33979
Nicole P. Livolsi, CO #36267
HOLLAND & HART LLP
555 Seventeenth Street
Suite 3200
Denver, CO  80202
Tel: (303) 295-8000
Fax: (303) 295-8261