**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDUL HADI OMER MAHMOUD FARAJ,** | |
| *Petitioner,* | |
| v. | **Case No. 1:05CV01490 (PLF)** |
| **GEORGE W. BUSH,** *et al.,* | |
| *Respondents.* | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, pursuant to the provisions of the Amended Protective Order in effect in this action, Petitioner has today filed under seal with the Court Security Officer for review a motion for a preliminary injunction requiring Respondents to provide 30-days advance notice of any proposed removal of Petitioner from the Guantánamo Bay detention facilities, together with a memorandum in support thereof and proposed order.

Respectfully submitted,

GARVEY SCHUBERT BARER

By /s/ Robert C. Weaver, Jr.
    Robert C. Weaver, Jr. OSB #80135
    Samuel C. Kauffman, OSB #94352
    GARVEY SCHUBERT BARER
    Eleventh Floor
    121 SW Morrison St.
    Portland, OR 97204
    Tel: (503) 228-3939
    Fax: (503) 226-0259

By /s/ Eldon V.C. Greenberg_____
    Eldon V.C. Greenberg
    D.C. Bar #159558
    GARVEY SCHUBERT BARER
    Fifth Floor
    1000 Potomac Street, N.W.
    Washington, DC 20007
    Tel: (202) 965-7880
    Fax: (202) 965-1729

    Attorneys for Petitioner

Dated: July 10, 2006