**EXHIBIT B**



Home  News  Sport  Radio  TV  Weather  Languages    [Search]

**BBC NEWS**    LATEST NEWS IN VIDEO AND AUDIO

○ UK version  ● International version   About the versions | Low graphics | Help | Contact us

**News Front Page**

Last Updated: Wednesday, 21 June 2006, 20:46 GMT 21:46 UK

✉ E-mail this to a friend      🖨 Printable version

## The US 'wants to end Guantanamo'

Africa
Americas
Asia-Pacific
Europe
Middle East
South Asia
UK
Business
Health
Science/Nature
Technology
Entertainment
----------------
Have Your Say
In Pictures
Country Profiles
In Depth
Programmes

---

**RELATED BBC SITES**
SPORT
WEATHER
ON THIS DAY
NEWSWATCH
---
LANGUAGES

**US President George W Bush has said he would like to close the US prison camp at Guantanamo Bay and send many detainees back to their home countries.**

However, he said not all the inmates would be returned - some would need to be put on trial in the US because they were "cold-blooded killers".



The US has faced mounting criticism over the camp

 Watch Bush's speech

The comments came after talks with EU leaders at a one-day summit in Vienna.

Mr Bush then flew on to Hungary, where he was due to commemorate the country's 1956 uprising.

The US has faced mounting pressure over Guantanamo Bay, the camp that currently holds about 460 detainees, mostly without charge.

Mr Bush has said before that he wants to close the camp.

But the BBC News website's world affairs correspondent Paul Reynolds says his remarks on Wednesday were significant because he revealed more about how he might bring this about.

> ❝ I'd like to end Guantanamo. I'd like it to be over with ❞
> US President George W Bush
>
> **Guantanamo pressure grows**
> **Profile: Guantanamo Bay**

Leaders at the summit also focused on other issues:

- Mr Bush urges Iran to respond within "weeks, not months" on an international package of incentives to get Tehran to halt its enrichment programme

- He warns North Korea against testing a long-range missile believed to be capable of reaching the US, saying it must abide by international agreements

- The two sides pledge to push for a world trade agreement that would benefit poorer nations

- They agree to strengthen co-operation over the search for long-term energy security.

**Releases and trials**

**BBC NEWS: VIDEO AND AUDIO**
See President Bush with EU leaders in Vienna
 VIDEO

**GUANTANAMO DETENTION CAMP**
**KEY STORIES**
Bush refuses to abandon tribunals
Military tribunals 'illegal'
Triple suicide at Guantanamo
Hunger strike spreads

**ANALYSIS AND BACKGROUND**

**Drawn-out end?**
The ruling against military tribunals could herald the beginning of Guantanamo's end

Q&A: Guantanamo verdict
Court opens new front
Pressure grows
  UN report in full (337k)
Inmate interview transcript
US lifts veil of secrecy
Q&A: Geneva rules
Q&A: Guantanamo hearings
Profile: Guantanamo Bay
Behind the wire at Guantanamo
In pictures: Guantanamo prison

**HAVE YOUR SAY**
Goodbye to Guantanamo?

**SERVICES**
  **News alerts**
Get the latest breaking news delivered to your desktop with the new alert service

**TOP AMERICAS STORIES**
Mexico checks presidential votes
Enron ex-chief Kenneth Lay dies
US urges talks on N Korea crisis
[RSS] | What is RSS?

**MOST POPULAR STORIES NOW**
| MOST E-MAILED | | MOST READ |

India skull man pulls huge crowds
Coca-Cola trade secrets 'stolen'
Israel tanks enter northern Gaza

Mr Bush said he understood European concerns over the US detention camp in Cuba.

"I'd like to end Guantanamo. I'd like it to be over with," he said.

He said 200 detainees had been sent home, and most of those remaining were from Saudi Arabia, Yemen and Afghanistan.

But he added that there were some detainees "who need to be tried in US courts".

"They will murder somebody if they are let out on the street."

Austrian Chancellor Wolfgang Schuessel, who hosted the talks, welcomed Mr Bush's comments on an eventual closure - and offered to help negotiate with countries that are to take detainees back.


**EU-US Vienna declaration** (58K)

Most computers will open PDF documents automatically, but you may need to download Adobe Acrobat Reader.

Download the reader here

**Bush commits to trade deal**

Why dreams must die if peace is to come
Historic India-China link to open

Most popular now, in detail

### Suicides

Calls to close Guantanamo have increased following the first apparent suicides by prisoners earlier this month.

Lawyers say the three men who are said to have hanged themselves had been driven by despair.

Dozens of prisoners have been released without charge, but others have been held for up to three years without being charged or facing trial.

At present only 10 inmates face trial by military tribunal and the US Supreme Court is to rule by the end of June on the legality of the tribunals.

European leaders and human rights groups have said procedures at Guantanamo Bay violate the rule of law and undermine the fight against terrorism.

"We can only have a victory in the fight against terror if we don't undermine our common values," Mr Schuessel said.

The Bush administration has denied allegations of abuse at Guantanamo, and the military says it provides safe, humane care and custody of the detainees

E-mail this to a friend       Printable version

**DON'T MISS**



**Cost of peace**
Why dreams must die if Mid-East cycle of violence is to end



**Kabul fears**
Afghan capital on edge after series of bombings



**Beer and BMWs?**
Munich uses World Cup to re-market itself as a hi-tech city

**Desktop tools | E-mail services | Mobiles/PDAs**

Help | Privacy and Cookies Policy | News sources | About the BBC | Contact us          Back to top