*CLEARED FOR PUBLIC FILING BY CSO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HADI OMER MAHMOUD FARAJ,** | |
| *Petitioner,* | |
| v. | Case No. 1:05CV01490 (PLF) |
| **GEORGE W. BUSH,** *et al.,* | |
| *Respondents.* | |

### ORDER GRANTING PETITIONER'S MOTION FOR A PRELIMINARY INJUNCTION REQUIRING RESPONDENTS TO PROVIDE 30-DAYS ADVANCE NOTICE OF ANY PROPOSED REMOVAL OF PETITIONER FROM DETENTION FACILITIES

This matter comes before the Court on Petitioner's Motion for a Preliminary Injunction Requiring Respondents to Provide Counsel for Petitioners and the Court 30-Days Advance Notice of any Proposed Removal of Petitioner From Detention Facilities at Guantánamo Bay, Cuba. The Court has considered the papers submitted in support of and in opposition to such motion, and is otherwise duly advised in the premises. The Court having determined that Petitioner will suffer irreparable injury absent issuance of an injunction, injury to other interested parties from an injunction is not substantial, there is a likelihood of success on the merits and an injunction is in the public interest, it is now, therefore, upon consideration,

ORDERED that Petitioner's Motion for a Preliminary Injunction Requiring Respondents to Provide Counsel for Petitioner and the Court 30-Days Advance Notice of any Proposed Removal of

Petitioner From Detention Facilities at Guantánamo Bay, Cuba be, and hereby is, granted; and it is further

ORDERED that Respondents, their agents, officers, servants, employees, attorneys and successors, and any persons in active concert or participation with them, must provide counsel for Petitioner and this Court 30-days advance notice before removing Petitioner from the detention facilities at Guantánamo Bay, Cuba.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2006
      Washington, D.C.