UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HADI OMER MAHMOUD FARAJ,  )<br>　)<br>Petitioner,　)<br>　)<br>v.　)<br>　)<br>GEORGE W. BUSH, et al.,　)<br>　)<br>Respondents.　) | Civil Action No. 05-1490 (PLF) |

ORDER

This matter is before the Court on petitioner's Motion for a Preliminary Injunction Requiring Respondents to Provide Counsel for Petitioner and the Court 30-Days Advance Notice of Any Proposed Removal of Petitioner from Detention Facilities. Upon consideration of the entire record in this case, it is hereby

ORDERED that [27] Petitioner's Motion for a Preliminary Injunction Requiring Respondents to Provide Counsel for Petitioner and the Court 30-Days Advance Notice of Any Proposed Removal of Petitioner from Detention Facilities is GRANTED; and it is

FURTHER ORDERED that the respondents, their agents, servants, employees, confederates, and any persons acting in concert or participation with them, or having actual or implicit knowledge of this Order by personal service or otherwise, may not remove petitioner

from the detention facilities at Guantánamo Bay without first affording this Court and petitioner's counsel thirty days' advance notice of such removal.

    SO ORDERED.

               /s/_____
               PAUL L. FRIEDMAN
               United States District Judge

DATE: July 18, 2006