*CLEARED FOR PUBLIC FILING BY THE CSO*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ABDUL HADI OMER MAHMOUD FARAJ,**

*Petitioner,*

v.

**GEORGE W. BUSH,** *et al.,*

*Respondents.*

Case No. 1:05CV01490 (PLF)

## ORDER

This matter comes before the Court on Respondents' Motion for Procedures Related to Review of Certain Detainee Materials and Petitioner's Motion for Return of Legal Papers. The Court has considered the papers submitted in support of and in opposition to such motions, and is otherwise duly advised in the premises. It is now, therefore, upon consideration,

ORDERED, that Respondents' motion be, and it hereby is, DENIED, and Petitioner's motion be, and it hereby is, GRANTED; and it is further

ORDERED, that Respondents shall deliver all of Petitioner's legal papers to counsel or return them to Petitioner not later than July 31, 2006; destroy, and certify that they have destroyed, all copies, summaries, descriptions, or analyses of such papers; and neither seize nor review any other legal papers of Petitioner.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2006
        Washington, D.C.