UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ABDUL HADI OMAR MAHMOUD FARAJ,          )
                                        )
            Petitioner,                 )
                                        )
     v.                                 )   Civil Action No. 05-1490 (PLF)
                                        )
GEORGE W. BUSH, et al.,                 )
                                        )
            Respondents.                )
_____  )

ORDER

Local Civil Rule 40.6(a) permits the judges of this Court to "transfer directly all or part of any case on the judge's docket to any consenting judge." L. Civ. R. 40.6(a). On August 11, 2006, the undersigned transferred the Government's motion for procedures related to review of certain detainee materials and motion for expedited briefing [24] to Judge Robertson for decision [36].

Because petitioner has filed a motion which is directly related to the issues to be decided in the motion transferred to Judge Robertson, the undersigned and Judge Robertson have agreed that the motion should also be transferred to Judge Robertson. The motion hereby transferred is Petitioner's Motion for Return of Legal Papers [31].

                              /s/
                         _____
                         PAUL L. FRIEDMAN
                         United States District Judge

DATE: August 24, 2006