IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULLAH THANI FARIS AL-ANAZI, *et al.,* ) ) ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 05-CV-0345 (JDB)(AK) |
| GEORGE W. BUSH, President of the United States, *et al.,* ) ) ) | |
| Respondents. ) | |

| | |
|---|---|
| FAWZI AL ODAH, *et al.,* ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 02-CV-828 (CKK)(AK) |
| GEORGE W. BUSH, President of the United States, *et al.,* ) ) ) | |
| Respondents. ) | |

| | |
|---|---|
| SUHAIL ABDU ANAM, *et al.,* ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 04-CV-1194 (HHK)(AK) |
| GEORGE W. BUSH, President of the United States, *et al.,* ) ) ) | |
| Respondents. ) | |

|  |  |  |
|---|---|---|
| | ) | |
| ABDUL HADI OMER HAMOUD | ) | |
| FARAJ, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1490 (PLF)(AK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |
| MOHMOOD SALIM AL-MOHAMMED, | ) | |
| *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-247 (HHK)(AK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| NABIL, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1504 (RMC)(AK) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

_____ )
                                )
AL HAWARY, *et al.,*            )
                                )
            Petitioners,        )
                                )
      v.                        )    Civil Action No. 05-CV-1505 (RMC)(AK)
                                )
GEORGE W. BUSH,                 )
President of the United States, *et al.,*  )
                                )
            Respondents.        )
_____ )
                                )
SAIB, *et al.,*                 )
                                )
            Petitioners,        )
                                )
      v.                        )    Civil Action No. 05-CV-1353 (RMC)(AK)
                                )
GEORGE W. BUSH,                 )
President of the United States, *et al.,*  )
                                )
            Respondents.        )
_____ )
                                )
SHAFIQ, *et al.,*               )
                                )
            Petitioners,        )
                                )
      v.                        )    Civil Action No. 05-CV-1506 (RMC)(AK)
                                )
GEORGE W. BUSH,                 )
President of the United States, *et al.,*  )
                                )
            Respondents.        )
_____ )

HASSAN BIN ATTASH, *et al.,*

        Petitioners,

        v.

GEORGE W. BUSH,
President of the United States, *et al.,*

        Respondents.

Civil Action No. 05-CV-1592 (RCL)(AK)

---

ABDANNOUR SAMEUR, *et al.,*

        Petitioners,

        v.

GEORGE W. BUSH,
President of the United States, *et al.,*

        Respondents.

Civil Action No. 05-CV-1806 (CKK)(AK)

---

MAHMOUD ABDAH, *et al.,*

        Petitioners,

        v.

GEORGE W. BUSH,
President of the United States, *et al.,*

        Respondents.

Civil Action No. 04-CV-1254 (HHK)(AK)

|  |  |  |
|---|---|---|
| HDULSALAM ALI ABDULRAHAM AL-HELA, *et al.,* | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1048 (RMU)(AK) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) | |
| Respondents. | ) ) ) | |
| SAEEK MOHAMMED SALEH HATIM, *et al.,* | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-1429 (RMU)(AK) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) | |
| Respondents. | ) ) | |

### ERRATA REGARDING RESPONDENTS' MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S SEPTEMBER 25, 2006 ORDER ADDRESSING PRIVILEGE TEAM'S RESPONSIBILITIES UNDER THE PROTECTIVE ORDER

Respondents hereby notify the Court that respondents' Motion For Reconsideration Of Magistrate Judge' September 25, 2006 Order Addressing Privilege Team's Responsibilities Under the Protective Order, filed in the above-captioned cases on October 13, 2006, inadvertently stated the word "Draft" on the signature line of the motion. A corrected version of the motion with the signature of undersigned counsel is attached as Exhibit A.[1] The corrected

---

[1] This errata has been filed in 14 of the 15 cases in which respondents' motion for reconsideration applies. Respondents' counsel discovered the signature error prior to filing the

motion is otherwise identical to the version filed on October 13, 2006.  Respondents' counsel

apologize for any confusion or inconvenience caused by this error.


Dated: October 16, 2006                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           DOUGLAS N. LETTER
                                           Terrorism Litigation Counsel

                                             /s/ Andrew I. Warden
                                           JOSEPH H. HUNT (D.C. Bar No. 431134)
                                           VINCENT M. GARVEY (D.C. Bar No. 127191)
                                           TERRY M. HENRY
                                           JAMES J. SCHWARTZ
                                           PREEYA M. NORONHA
                                           ROBERT J. KATERBERG
                                           ANDREW I. WARDEN (IN Bar No. 23840-49)
                                           NICHOLAS J. PATTERSON
                                           EDWARD H. WHITE
                                           United States Department of Justice
                                           Civil Division, Federal Programs Branch
                                           20 Massachusetts Ave., N.W.
                                           Washington, DC  20530
                                           Tel:  (202) 514-4107
                                           Fax:  (202) 616-8470

                                           Attorneys for Respondents

---

motion in <u>Mohammad v. Bush</u>, Civil Action No. 05-CV-2087 (RMC), thus the correct version of
the motion was filed in that case.