*Cleared for Public Filing by the CSO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HADI OMER MAHMOUD FARAJ,**<br><br>*Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>*Respondents.* | Case No. 1:05CV01490 (PLF) |

## NOTICE OF ORDER DIRECTING SUPPLEMENTAL BRIEFING TO COURT OF APPEALS ON MILITARY COMMISSIONS ACT OF 2006

In their Notice filed with the Court on October 18, 2006, Respondents noted that counsel for the detainees in *Boumediene v. Bush*, No. 05-5062 (D.C. Cir.), and *Al Odah v. United States*, No. 05-5064 (D.C. Cir.), had requested the opportunity for supplemental briefing in the Court of Appeals on the effect of the Military Commissions Act of 2006 (the "MCA"). Petitioner hereby gives notice that on October 18, 2006, the Court of Appeals issued Orders granting *habeas* petitioners' motion for leave to file supplemental briefs on the significance of the MCA. The Court set the following briefing schedule: Supplemental Briefs for *Habeas* Petitioners/Appellants: November 1, 2006; Supplemental Briefs for Respondents/Appellees: November 13, 2006; and Supplemental Reply Brief for *Habeas* Petitioners/Appellants: November 20, 2006.

        Respectfully submitted,

        GARVEY SCHUBERT BARER

By /s/ Robert C. Weaver, Jr.
    Robert C. Weaver, Jr. OSB #80135
    Samuel C. Kauffman, OSB #94352
    GARVEY SCHUBERT BARER
    Eleventh Floor
    121 SW Morrison St.
    Portland, OR 97204
    Tel: (503) 228-3939
    Fax: (503) 226-0259

By /s/ Eldon V.C. Greenberg
    Eldon V.C. Greenberg
    D.C. Bar #159558
    GARVEY SCHUBERT BARER
    Fifth Floor
    1000 Potomac Street, N.W.
    Washington, DC 20007
    Tel: (202) 965-7880
    Fax: (202) 965-1729

<u>Attorneys for Petitioner</u>

Dated: October 24, 2006