*CLEARED FOR PUBLIC FILING BY CSO*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HADI OMER MAHMOUD FARAJ, *Petitioner,* v. GEORGE W. BUSH, *et al.,* *Respondents.* | Case No. 1:05CV01490 (PLF) |

### CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioner certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

Respectfully submitted,

GARVEY SCHUBERT BARER

By _____
Robert C. Weaver, Jr. OSB #80135
Samuel C. Kauffman, OSB #94352
GARVEY SCHUBERT BARER
Eleventh Floor
121 SW Morrison St.
Portland, OR 97204
Tel: (503) 228-3939
Fax: (503) 226-0259

By _____
Eldon V.C. Greenberg
D.C. Bar #159558
GARVEY SCHUBERT BARER
Fifth Floor
1000 Potomac Street, NW
Washington, DC 20007
Tel: (202) 298-1789
Fax: (202) 965-1729

<u>Attorneys for Petitioner</u>

Dated: December 15, 2006