IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HADI OMER MAHMOUD FARAJ,<br><br>*Petitioner,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.,*<br><br>*Respondents.* | Case No. 1:05CV01490 (PLF) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, pursuant to the provisions of the Amended Protective Order in effect in this action, Petitioner has today filed under seal with the Court Security Officer for review (1) a motion to continue the stay in this matter and hold the case in abeyance pending resolution of a petition for relief under the Detainee Treatment Act of 2005, and (2) a proposed order.

Respectfully submitted,

GARVEY SCHUBERT BARER

By /s/ Robert C. Weaver, Jr.
    Robert C. Weaver, Jr. OSB #80135
    Samuel C. Kauffman, OSB #94352
    GARVEY SCHUBERT BARER
    Eleventh Floor
    121 SW Morrison St.
    Portland, OR 97204
    Tel: (503) 228-3939
    Fax: (503) 226-0259

        By <u>/s/ Eldon V.C. Greenberg</u>
Eldon V.C. Greenberg
D.C. Bar #159558
GARVEY SCHUBERT BARER
Fifth Floor
1000 Potomac Street, N.W.
Washington, DC 20007
Tel: (202) 965-7880
Fax: (202) 965-1729

<u>Attorneys for Petitioner</u>

Dated: April 11, 2007