*CLEARED FOR PUBLIC FILING BY THE CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ABDUL HADI OMER MAHMOUD FARAJ,**

*Petitioner,*

v.

**GEORGE W. BUSH,** *et al.,*

*Respondents.*

Case No. 1:05CV01490 (PLF)

### ORDER

This matter comes before the Court on Petitioner's motion to continue the stay in this matter and hold the case in abeyance pending review of a petition for relief under the Detainee Treatment Act of 2005. The Court has considered the papers submitted in support of and in opposition to such motion, and is otherwise duly advised in the premises. It is now, therefore, upon consideration,

ORDERED, that Petitioner's motion be, and it hereby is, GRANTED; and it is further

ORDERED, that this matter shall continue to be stayed and held in abeyance, pending resolution of Petitioner's petition for relief under the Detainee Treatment Act of 2005.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007
       Washington, D.C.