IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HADI OMER MAHMOUD FARAJ,<br><br>*Petitioner,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.,*<br><br>*Respondents.* | Case No. 1:05CV01490 (PLF) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, pursuant to the provisions of the Amended Protective Order in effect in this action, Petitioner has today filed under seal with the Court Security Officer for review a reply in support of his motion to stay and hold in abeyance and opposition to Respondents' motion to dismiss, together with a proposed order.

    Respectfully submitted,

    GARVEY SCHUBERT BARER

    By /s/ Robert C. Weaver, Jr.
        Robert C. Weaver, Jr. OSB #80135
        Samuel C. Kauffman, OSB #94352
        GARVEY SCHUBERT BARER
        Eleventh Floor
        121 SW Morrison St.
        Portland, OR 97204
        Tel: (503) 228-3939
        Fax: (503) 226-0259

    By /s/ Eldon V.C. Greenberg
        Eldon V.C. Greenberg
        D.C. Bar #159558

                        GARVEY SCHUBERT BARER  
                        Fifth Floor  
                        1000 Potomac Street, N.W.  
                        Washington, DC 20007  
                        Tel: (202) 965-7880  
                        Fax: (202) 965-1729  

                        <u>Attorneys for Petitioner</u>

Dated: May 3, 2007