*CLEARED FOR PUBLIC FILING BY THE CSO*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HADI OMER MAHMOUD FARAJ,**<br><br>*Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>*Respondents.* | Case No. 1:05CV01490 (PLF) |

### NOTICE CONCERNING RECENT
### ACTIVITY IN GUANTANAMO LITIGATION

Petitioner respectfully submits this notice of recent activity in Guantánamo litigation relevant to Petitioner's pending stay-and-abey motion and his opposition to the Government's pending motion to dismiss. Most notably, a June 7, 2007 order issued by the D.C. Circuit in *Al Ginco v. Bush*, D.C. Cir. Nos. 06-5191, *et al.*, with which the Government's appeal of this Court's "30-day advance notice order" in Petitioner's case was consolidated, makes clear that this Court has jurisdiction to grant Petitioners' pending stay-and-abey motion and to deny the Government's pending motion to dismiss. Recent activity in other Guantánamo cases also bears on the pending motions.

  **A. Al Ginco**

In its *Al Ginco* order, the D.C. Circuit (1) denied the Government's motion to vacate this Court's order requiring the Government to provide Petitioner's counsel with advance notice of any intended removal of Petitioner from Guantánamo, and (2) denied the

Government's motion to dismiss the *habeas* petition. The Court stated:

> The district court may consider in the first instance respondents' motion to dismiss and petitioners' motions to stay and hold in abeyance, which are currently pending before the district court in the actions underlying these consolidated appeals.

The D.C. Circuit's order makes clear that this Court retains jurisdiction over this case unless and until this Court dismisses this case, and that this Court need not dismiss this case but may grant Petitioner's stay-and-abey motion.

### B.  Boumediene, Al Odah, and Paracha

In *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), the D.C. Circuit ruled that the Military Commissions Act of 2006, Pub. L. No. 109-366, 120 Stat. 2600 (2006) (the "MCA"), eliminated the jurisdiction of the federal courts to consider *habeas* actions by Guantánamo detainees, and that the Guantánamo detainees, as aliens outside the sovereign territory of the United States, lack constitutional rights and therefore lack standing to challenge the elimination of jurisdiction under the Suspension Clause.  (*Boumediene* is consolidated *Al Odah v. United States*.)

On March 7, 2007, the *Boumediene* and *Al Odah* petitioners filed certiorari petitions in the Supreme Court seeking review of the D.C. Circuit's judgment.  S. Ct. Nos. 06-1195 & 06-1195.  On April 2, 2007, the Supreme Court denied the petitions.  127 S. Ct. 1478 (2007).  On April 27, 2007, the petitioners filed rehearing petitions and motions to defer consideration of those petitions pending the petitioners' exhaustion of their remedies under the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2739 (2005) (the "DTA").  On June 9, 2007, the Supreme Court invited the Solicitor General to file a response to the petitioners' motions.  The Solicitor General filed his response on June 19, 2007.  The

petitioners filed replies on June 22, 2007.

On April 11, 2007, the *Boumediene* and *Al Odah* petitioners asked the D.C. Circuit to hold the cases in abeyance and stay the mandate pending the Supreme Court's disposition of their certiorari petitions. On June 20, 2007, the D.C. Circuit denied these motions. *Boumediene v. Bush*, D.C. Cir. Nos. 05-5062 & 05-5063; *Al Odah v. United States*, D.C. Cir. No. 05-5064. Under Fed. R. App. P. 41(b), the mandate is set to issue on June 27, 2007.

On April 9, 2007, in another Guantánamo appeal, the D.C. Circuit, citing *Boumediene*, ordered dismissal of another *habeas* petition. *Paracha v. Bush*, D.C. Cir. No. 05-5194. On May 25, 2007, Paracha moved to stay the mandate pending his filing of a certiorari petition in the Supreme Court. On June 20, 2007, the D.C. Circuit denied the petitioner's motions to hold the case in abeyance and to stay issuance of the mandate. Paracha's certiorari petition is expected to be filed by July 9, 2007.

**C. Hamdan**

On December 13, 2006, the District Court dismissed Hamdan's *habeas* petition challenging the jurisdiction-stripping and military commission provisions of the MCA. *Hamdan v. Rumsfeld*, Civ. No. 04-1519 (JR) (D.D.C. Dec. 13, 2006). On February 27, 2007, Hamdan filed a petition for certiorari before judgment in the Supreme Court. *Hamdan v. Gates*, S. Ct. No. 06-1169. On April 30, 2007, the Supreme Court denied the petition. On June 8, 2007, Hamdan moved in the D.C. Circuit for initial *en banc* hearing. On June 13, 2007, the D.C. Circuit *sua sponte* ordered the Government to file a response to the petition. *Hamdan v. Gates*, D.C. Cir. No. 07-5042. The Government's response is due by June 28, 2007.

### D.  Ali

Also pending in the Supreme Court is an original *habeas* petition that directly challenges the MCA jurisdictional holding of the Court of Appeals.  *In re Ali*, S. Ct. No. 06-1194.  The Supreme Court considers the *Ali* petition sufficiently serious that it invited the Solicitor General to respond.  In response, the Solicitor General moved to dismiss Ali's petition.  On June 25, 2007, the Court granted Ali's motion to file under seal a response to the Government's motion.

### E.  Bismullah and Parhat

On May 15, 2007, the D.C. Circuit heard argument on procedural issues in *Bismullah v. Gates*, D.C. Cir. No. 06-1197, and *Parhat v. Gates*, D.C. Cir. No. 06-1397, the first cases brought under the DTA.  Among other things, the D.C. Circuit will consider the form of the protective order to govern DTA actions.  The D.C. Circuit's decision may be relevant to this Court's consideration of any application by the Government to vacate or modify the protective order that governs these *habeas* cases.

    Respectfully submitted,

    GARVEY SCHUBERT BARER

    By    /s/ Robert C. Weaver, Jr.
       Robert C. Weaver, Jr. OSB #80135
       Samuel C. Kauffman, OSB #94352
       GARVEY SCHUBERT BARER
       Eleventh Floor
       121 SW Morrison St.
       Portland, OR 97204
       Tel: (503) 228-3939
       Fax: (503) 226-0259

                    By    /s/ Eldon V.C. Greenberg
                         Eldon V.C. Greenberg
                         D.C. Bar #159558
                         GARVEY SCHUBERT BARER
                         Fifth Floor
                         1000 Potomac Street, N.W.
                         Washington, DC 20007
                         Tel: (202) 965-7880
                         Fax: (202) 965-1729

Dated: June 27, 2007