*CLEARED FOR PUBLIC FILING BY THE CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ABDUL HADI OMER MAHMOUD FARAJ,**

*Petitioner,*

v.

**GEORGE W. BUSH,** *et al.,*

*Respondents.*

Case No. 1:05CV01490 (PLF)

### NOTICE CONCERNING SUPREME COURT ACTION IN AL-ODAH/BOUMEDIENE

Petitioner respectfully submits this notice concerning recent action by the Supreme Court relevant to Petitioner's pending stay-and-abey motion and his opposition to the Government's pending motion to dismiss. On June 29, 2007, the Supreme Court granted the petitions for rehearing in connection with the Court's previous denial of certiorari in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007) (consolidated with *Al-Odah v. United States*). The Supreme Court's order, a copy of which is attached at Tab A, vacates the orders of April 2, 2007 (127 S. Ct. 1478), denying certiorari and grants the petitions for writs of certiorari. The order further states, "As it would be of material assistance to consult any decision in *Bismullah, et al. v. Gates*, No. 06-1197, and *Parhat, et al. v. Gates*, No. 06-1397, . . . supplemental briefing will be scheduled upon the issuance of any decision in those cases." The Supreme Court's grant of certiorari raises the distinct possibility that the Supreme Court will reverse the Court of Appeals decision and permit Guantanamo detainees to continue to pursue *habeas* relief. It thus makes dismissal of Petitioner's action in this Court all the more inappropriate.

      Respectfully submitted,

      GARVEY SCHUBERT BARER

By   /s/ Robert C. Weaver, Jr.
    Robert C. Weaver, Jr. OSB #80135
    Samuel C. Kauffman, OSB #94352
    GARVEY SCHUBERT BARER
    Eleventh Floor
    121 SW Morrison St.
    Portland, OR 97204
    Tel: (503) 228-3939
    Fax: (503) 226-0259

By   /s/ Eldon V.C. Greenberg
    Eldon V.C. Greenberg
    D.C. Bar #159558
    GARVEY SCHUBERT BARER
    Fifth Floor
    1000 Potomac Street, N.W.
    Washington, DC 20007
    Tel: (202) 965-7880
    Fax: (202) 965-1729

Dated: July 2, 2007