*CLEARED FOR PUBLIC FILING BY THE CSO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HADI OMER MAHMOUD FARAJ,** *Petitioner,* v. **GEORGE W. BUSH,** *et al.,* *Respondents.* | Case No. 1:05CV01490 (PLF) |

## ERRATA

Petitioner filed a Notice Concerning Supreme Court Action In Al-Odah/Boumediene in this matter [Docket Number 64]. An attachment [Tab A] to which the Notice referred was inadvertently omitted during the filing process. Petitioner hereby submits the attachment.

Respectfully submitted,

GARVEY SCHUBERT BARER

By    /s/ Robert C. Weaver, Jr.
       Robert C. Weaver, Jr. OSB #80135
       Samuel C. Kauffman, OSB #94352
       GARVEY SCHUBERT BARER
       Eleventh Floor
       121 SW Morrison St.
       Portland, OR 97204
       Tel: (503) 228-3939
       Fax: (503) 226-0259

By   /s/ Eldon V.C. Greenberg
Eldon V.C. Greenberg
D.C. Bar #159558
GARVEY SCHUBERT BARER
Fifth Floor
1000 Potomac Street, N.W.
Washington, DC 20007
Tel: (202) 965-7880
Fax: (202) 965-1729

Dated: July 2, 2007