*CLEARED FOR PUBLIC FILING BY THE CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDUL HADI OMER MAHMOUD FARAJ,**<br><br>*Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>*Respondents.* | Case No. 1:05CV01490 (PLF) |

**PETITIONER'S RESPONSE TO RESPONDENTS'
MOTION TO DESIGNATE PARAGRAPH 9 OF BUZBY
<u>DECLARATION AS "PROTECTED INFORMATION"</u>**

Based upon the declaration submitted by Respondents in support of their motion in the above-captioned case to treat as "protected" the information in paragraph 9 of the Declaration of Rear Admiral Mark H. Buzby, dated February 8, 2008, Petitioner has elected not to oppose Respondents' motion.

Respectfully submitted,

GARVEY SCHUBERT BARER

By     /s/ Robert C. Weaver, Jr.
      Robert C. Weaver, Jr. OSB #80135
      Samuel C. Kauffman, OSB #94352
      GARVEY SCHUBERT BARER
      Eleventh Floor
      121 SW Morrison St.
      Portland, OR 97204
      Tel: (503) 228-3939
      Fax: (503) 226-0259

By   /s/ Eldon V.C. Greenberg
Eldon V.C. Greenberg
D.C. Bar #159558
GARVEY SCHUBERT BARER
Fifth Floor
1000 Potomac Street, N.W.
Washington, DC 20007
Tel: (202) 965-7880
Fax: (202) 965-1729

Attorneys for Petitioner

Dated: March 14, 2008