**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ABDUL HADI OMER MAHMOUD FARAJ,**<br><br>*Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH,** *et al.,*<br><br>*Respondents.* | Case No. 1:05CV01490 (PLF) |

### MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 *et seq.*; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

1.      I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia entered in the case captioned *Abdul Hadi Omer Mamoud Faraj v. George W. Bush*, *et al.,* No. 05-CV-1490-PLF.

2. I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

3. I have received, read and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned *Abdul Hadi Omer Mamoud Faraj v. George W. Bush, et al.,* No. 05-CV-1490-PLF, and I agree to comply with the provisions thereof.

Respectfully submitted,

By /s/ Robert C. Weaver, Jr.
   Robert C. Weaver, Jr. OSB #80135

By /s/ Samuel C. Kauffman
   Samuel C. Kauffman, OSB #94352

   GARVEY SCHUBERT BARER
   Eleventh Floor
   121 SW Morrison St.
   Portland, OR 97204
   Tel: (503) 228-3939
   Fax: (503) 226-0259

By /s/ Eldon V.C. Greenberg
   Eldon V.C. Greenberg
   D.C. Bar #159558
   GARVEY SCHUBERT BARER
   Fifth Floor
   1000 Potomac Street, N.W.
   Washington, DC 20007
   Tel: (202) 965-7880
   Fax: (202) 965-1729

Attorneys for Petitioner

Dated: March 28, 2008

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Abdul Hadi Omer Mamoud Faraj v. George W. Bush*, *et al.,* No. 05-CV-1490-PLF, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

      /s/ Eldon V.C. Greenberg
        Eldon V. C. Greenberg

Dated: March 28, 2008

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Abdul Hadi Omer Mamoud Faraj v. George W. Bush*, *et al.,* No. 05-CV-1490-PLF, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

      /s/Samuel C. Kauffman
      Samuel C. Kauffman

Dated: March 28, 2008

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned *Abdul Hadi Omer Mamoud Faraj v. George W. Bush*, *et al.,* No. 05-CV-1490-PLF, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

    /s/Robert C. Weaver, Jr.
    Robert C. Weaver, Jr.

Dated: March 28, 2008