IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HADI OMER MAHMOUD FARAJ,<br><br>*Petitioner,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.,*<br><br>*Respondents.* | Case No. 1:05CV01490 (PLF) |

### NOTICE OF FILING

PLEASE TAKE NOTICE that, pursuant to the provisions of the Amended Protective Order in effect in this action, Petitioner has today filed under seal with the Court Security Officer for review a motion to lift the stay and to schedule an immediate status conference, together with a proposed order.

                                              Respectfully submitted,

                                              GARVEY SCHUBERT BARER

                                              By /s/ Robert C. Weaver, Jr.
                                                   Robert C. Weaver, Jr. OSB #80135
                                                   Samuel C. Kauffman, OSB #94352
                                                   GARVEY SCHUBERT BARER
                                                   Eleventh Floor
                                                   121 SW Morrison St.
                                                   Portland, OR 97204
                                                   Tel: (503) 228-3939
                                                   Fax: (503) 226-0259

                                              By /s/ Eldon V.C. Greenberg
                                                   Eldon V.C. Greenberg
                                                   D.C. Bar #159558

GARVEY SCHUBERT BARER
Fifth Floor
1000 Potomac Street, N.W.
Washington, DC 20007
Tel: (202) 965-7880
Fax: (202) 965-1729

<u>Attorneys for Petitioner</u>

Dated: June 16, 2008