*CLEARED FOR PUBLIC FILING BY THE CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HADI OMER MAHMOUD FARAJ,<br><br>*Petitioner,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.,*<br><br>*Respondents.* | Case No. 1:05CV01490 (PLF) |

### PETITIONER'S MOTION TO LIFT STAY
### AND TO SCHEDULE AN IMMEDIATE STATUS CONFERENCE

Petitioner respectfully moves this Court to lift the stay entered in this matter on September 26, 2005, and set this matter down for an immediate status conference.

This matter has been stayed on the Respondents' motion since September 26, 2005, "pending resolution of all appeals" in the *Al-Odah/Boumediene* cases. On June 12, 2008, the Supreme Court handed down its opinion in those cases, ruling that prisoners at Guantanamo have *habeas corpus* rights protected under the U.S. Constitution; the review procedures of the Detainee Treatment Act are not an adequate substitute for *habeas corpus*; and the Military Commissions Act, insofar as it purported to strip the courts of *habeas corpus* jurisdiction, was unconstitutional. *Boumediene v. Bush*, Nos. 06-1195, 06-1196, __ S. Ct. __, 553 U.S. __ (2008). The Court stated that it was now up to the District Court to resolve questions regarding "the legality of . . . detention" of Guantanamo detainees, Slip op. at 2, emphasizing, "The detainees in these cases are entitled to a *prompt* habeas corpus hearing." Slip op. at 66 (emphasis added). Since the basis for the stay no longer exists, it now must be vacated forthwith.

The Court should also set this matter down for an immediate status conference to consider, among other matters, a schedule for prompt resolution of Petitioner's claims. Petitioner has been incarcerated at Guantanamo since May, 2002, *i.e.*, for more than six years. He has been awaiting a hearing on his *habeas corpus* petition since it was filed in the summer of 2005, almost three years ago. Taking to heart Justice Kennedy's injunction that detainees in Petitioner's circumstances are entitled to a "prompt" hearing, there is thus every reason to hold a status conference and establish a schedule for resolution of this matter at the earliest possible time.

    Respectfully submitted,

    GARVEY SCHUBERT BARER

    By /s/ Robert C. Weaver
       Robert C. Weaver, Jr. OSB #80135
       Samuel C. Kauffman, OSB #94352
       GARVEY SCHUBERT BARER
       Eleventh Floor
       121 SW Morrison St.
       Portland, OR 97204
       Tel: (503) 228-3939
       Fax: (503) 226-0259

    By /s/ Eldon V.C. Greenberg
       Eldon V.C. Greenberg
       D.C. Bar #159558
       GARVEY SCHUBERT BARER
       Fifth Floor
       1000 Potomac Street, N.W.
       Washington, DC 20007
       Tel: (202) 965-7880
       Fax: (202) 965-1729

       Attorneys for Petitioner

Dated: June 16, 2008