*CLEARED FOR PUBLIC FILING BY THE CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HADI OMER MAHMOUD FARAJ,<br><br>*Petitioner,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.,*<br><br>*Respondents.* | Case No. 1:05CV01490 (PLF) |

## ORDER

This matter comes before the Court on Petitioner's motion to lift stay in this matter and to schedule an immediate status conference. The Court has considered the papers submitted in support of and in opposition to such motion, and is otherwise duly advised in the premises. It is now, therefore, upon consideration,

ORDERED, that Petitioner's motion be, and it hereby is, GRANTED; and it is further

ORDERED, that the stay in this matter be, and it hereby is, lifted; and it is further

ORDERED, that this matter is set down for a status conference on _____, 2008, at ___ [a.m.] [p.m.] in Courtroom ___.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2008
Washington, D.C.