IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL HADI OMER MAHMOUD FARAJ,<br><br>*Petitioner,*<br><br>v.<br><br>GEORGE W. BUSH, *et al.,*<br><br>*Respondents.* | Case No. 1:05CV01490 (PLF) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that, pursuant to the provisions of the Amended Protective Order in effect in this action, Petitioner has today filed under seal with the Court Security Officer for review a reply in support of his motion to lift the stay and to schedule an immediate status conference.

                        Respectfully submitted,

                        GARVEY SCHUBERT BARER

        By /s/ Robert C. Weaver, Jr.
             Robert C. Weaver, Jr. OSB #80135
             Samuel C. Kauffman, OSB #94352
             GARVEY SCHUBERT BARER, 18th Floor
             121 SW Morrison St.
             Portland, OR 97204
             Tel: (503) 228-3939
             Fax: (503) 226-0259

        By /s/ Eldon V.C. Greenberg
             Eldon V.C. Greenberg
             D.C. Bar #159558

GARVEY SCHUBERT BARER, 5th Floor
1000 Potomac Street, N.W.
Washington, DC 20007
Tel: (202) 965-7880
Fax: (202) 965-1729

<u>Attorneys for Petitioner</u>

Dated: July 2, 2008