*CLEARED FOR PUBLIC FILING BY THE CSO*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABDUL HADI OMER MAHMOUD FARAJ,

*Petitioner,*

v.

GEORGE W. BUSH, *et al.,*

*Respondents.*

Case No. 1:05CV01490 (PLF)

## PETITIONER'S REPLY IN SUPPORT OF HIS MOTION TO LIFT STAY AND TO SCHEDULE AN IMMEDIATE STATUS CONFERENCE

Respondents' response to Petitioner's motion to lift the stay and schedule an immediate status conference, insofar as it seeks deferral of a status conference, is just a prescription for further delay – precisely what Justice Kennedy in *Boumediene* said is no longer tolerable. The July 1 Resolution of the Executive Session of the District Court, as implemented by this Court's order of July 2, while providing for the transfer of Guantanamo *habeas* cases, including this case, to Senior Judge Hogan for "coordination and management," make it clear that this Court will retain this case "for all other purposes."

Petitioner has been in the custody of the United States since January 2002 – more than six and one-half years. Arrested at the age of 20, he has now spent roughly one-quarter of his life in prison, without any charges ever having been brought against him. In the words of Justice Kennedy, "The costs of delay can no longer be borne by those who are held in custody." *Boumediene v. Bush*, Nos. 06-1195, 06-1196, 553 U.S. ___, ___ (2008) (Slip op. at 66). In the

circumstances of this case, there is therefore every reason for the Court to schedule a status

conference and begin to move this case forward to as speedy a resolution as possible.

WHEREFORE, Petitioner respectfully urges this Court to grant his motion, lift the stay

and schedule an immediate status conference in this matter.

Respectfully submitted,


GARVEY SCHUBERT BARER


By  /s/ Robert C. Weaver, Jr._____
    Robert C. Weaver, Jr. OSB #80135
    Samuel C. Kauffman, OSB #94352
    GARVEY SCHUBERT BARER
    Eleventh Floor
    121 SW Morrison St.
    Portland, OR 97204
    Tel: (503) 228-3939
    Fax: (503) 226-0259


By /s/ Eldon V.C. Greenberg_____
    Eldon V.C. Greenberg
    D.C. Bar #159558
    GARVEY SCHUBERT BARER
    Fifth Floor
    1000 Potomac Street, N.W.
    Washington, DC 20007
    Tel: (202) 965-7880
    Fax: (202) 965-1729

    Attorneys for Petitioner

Dated: July 2, 2008