*CLEARED FOR PUBLIC FILING BY THE CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>GUANTANAMO BAY<br>DETAINEE LITIGATION | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-1490 (PLF) |

### PETITIONER'S REPLY IN SUPPORT OF HIS MOTION TO LIFT STAY AND TO SCHEDULE AN IMMEDIATE STATUS CONFERENCE

Respondents' response to Petitioner's motion to lift the stay and schedule an immediate status conference, insofar as it seeks deferral of a status conference, is just a prescription for further delay – precisely what Justice Kennedy in *Boumediene* said is no longer tolerable. The July 1 Resolution of the Executive Session of the District Court, as implemented by this Court's order of July 2, while providing for the transfer of Guantanamo *habeas* cases, including this case, to Senior Judge Hogan for "coordination and management," make it clear that this Court will retain this case "for all other purposes."

Petitioner has been in the custody of the United States since January 2002 – more than six and one-half years. Arrested at the age of 20, he has now spent roughly one-quarter of his life in prison, without any charges ever having been brought against him. In the words of Justice Kennedy, "The costs of delay can no longer be borne by those who are held in custody." *Boumediene v. Bush*, Nos. 06-1195, 06-1196, 553 U.S. ___, ___ (2008) (Slip op. at 66). In the circumstances of this case, there is therefore every reason for the Court to schedule a status conference and begin to move this case forward to as speedy a resolution as possible.

WHEREFORE, Petitioner respectfully urges this Court to grant his motion, lift the stay and schedule an immediate status conference in this matter.

Respectfully submitted,

GARVEY SCHUBERT BARER

By /s/ Robert C. Weaver, Jr.
  Robert C. Weaver, Jr. OSB #80135
  Samuel C. Kauffman, OSB #94352
  GARVEY SCHUBERT BARER
  Eleventh Floor
  121 SW Morrison St.
  Portland, OR 97204
  Tel: (503) 228-3939
  Fax: (503) 226-0259

By /s/ Eldon V.C. Greenberg
  Eldon V.C. Greenberg
  D.C. Bar #159558
  GARVEY SCHUBERT BARER
  Fifth Floor
  1000 Potomac Street, N.W.
  Washington, DC 20007
  Tel: (202) 965-7880
  Fax: (202) 965-1729

  Attorneys for Petitioner

Dated: July 2, 2008