*CLEARED FOR PUBLIC FILING BY THE CSO*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>**GUANTANAMO BAY<br>DETAINEE LITIGATION** | **Misc. No. 08-442 (TFH)**<br><br>Civil Action No. 05-1490 (PLF) |

### NOTICE OF JOINDER IN RESPONSE TO RESPONDENTS'
### MOTION FOR RELIEF FROM SCHEDULING ORDER

PLEASE TAKE NOTICE that Petitioner, ABDUL HADI OMER MAHMOUD FARAJ, joins in Petitioners' Response to Respondents' Motion for Relief from Scheduling Order, filed on September 8, 2008.

Respectfully submitted,

By /s/ Robert C. Weaver, Jr._____
   Robert C. Weaver, Jr. OSB#80135
   Samuel C. Kauffman, OSB#94352
   John C. Rothermich, OSB#07168
   GARVEY SCHUBERT BARER
   Eleventh Floor
   121 SW Morrison Street
   Portland, OR 97204
   Tel.: (503) 228-3939
   Fax: (503) 226-0259

By /s/ Eldon V.C. Greenberg_____
   Eldon V.C. Greenberg
   D.C. Bar #159558
   GARVEY SCHUBERT BARER
   Fifth Floor
   1000 Potomac Street, N.W.
   Washington, DC 20007

                                          Tel.: (202) 965-7880
                                          Fax: (202) 965-1729

                                        <u>Attorneys for Petitioner</u>

Dated:    September 9, 2008