IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL-HADI MAHMOUD FARAJ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-1490 (PLF) |
| ) | |
| BARACK OBAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

FILED
SEP 16 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### [PROPOSED] ORDER

Upon consideration of the Joint Status Report submitted by the Parties, it is herby:

ORDERED that Respondents shall file their Motion for Judgment on the Record by October 2, 2009,

ORDERED that Petitioner shall file his Motion for Judgment on the Record and/or Opposition to Respondents' Motion by October 27, 2009,

ORDERED that Respondents shall file their Reply to the Motion for Judgment on the Record and/or Opposition to Petitioner's Motion by November 12, 2009,

ORDERED that Respondents shall complete their production of responsive Task Force materials by September 28, 2009,

ORDERED that Respondents shall file a status report concerning the materials at issue in their September 8, 2009 classified status report by October 8, 2009.

SO ORDERED.

Date: 9/15/09

HON. PAUL L. FRIEDMAN
United States District Judge

-1-