# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 28 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ABDUL HADI OMER MAHMOUD FARAJ,

*Petitioner,*

v.

BARACK H. OBAMA, *et al.*,

*Respondents.*

Case No. 1:05CV01490 (PLF)

## ORDER

This matter comes before the Court upon the parties' joint scheduling motion. Having considered such motion, it is now, therefore,

ORDERED, that the following schedule be, and it hereby is, established in this matter:

1. Respondents shall file their motion for judgment on the record, together with any supplement to their Motion to Admit Hearsay Evidence with a Presumption of Accuracy and Authenticity that was originally filed on September 25, 2009 (Dkt. No. 219), on or before September 13, 2010;

2. Petitioner shall file his motion for judgment on the record and opposition to Respondents' motion for judgment on the record, together with his response to Respondents' Motion to Admit Hearsay Evidence with a Presumption of Accuracy and Authenticity and notification regarding whether Petitioner intends to provide oral testimony during the merits hearing, on or before October 8, 2010;

3. Respondents shall file any reply in support of their motion for judgment on the record and opposition to Petitioner's motion for judgment on the record on or before October 22, 2010;

4. The parties shall file a joint statement of material issues in dispute and a joint

notebook of exhibits on or before October 29, 2010;

5. Respondents and Petitioner shall separately file their respective lists of non-English words upon which they intend to refer at the merits hearing, together with a pronunciation guide, on or before November 5, 2010; and

6. A pre-hearing conference shall be held on November **2**, 2010, in Courtroom **29** at **9** [AM][~~PM~~].

                                                          */s/ Paul L. Friedman*
                                        UNITED STATES DISTRICT JUDGE

Dated: **Oct 25**, 2010
Washington, D.C.