# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABD AL-HADI MAHMOUD FARAJ, (ISN 329), <br><br> Petitioner, <br><br> v. <br><br> BARACK H. OBAMA, et al., <br> Respondents. | ) <br> ) <br> ) <br> )  Civil Action No. 05-1490 (PLF) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## RESPONDENTS' NOTICE OF FILING

Respondents hereby provide notice that they filed under seal with the Clerk's Office today a protected information submission, entitled "Consent Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 329," along with a marked version of the factual return for Abd al-Hadi Mahmoud Faraj (ISN 329).

Dated: December 9, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

  /s/ Kristina A. Wolfe
KRISTINA A. WOLFE
Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Fifth Floor

Washington, DC 20530
TEL: (202) 353-4519

Attorneys for Respondents