IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABDUL HADI OMAR MAHMOUD FARAJ, <br><br> Petitioner, <br> v. <br><br> BARACK OBAMA, <br> President of the United States, *et al.*, <br><br> Respondents. | Civil Action No. 05-1490 (UNA) |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of Petitioner Abdul Hadi Omar Mahmoud Faraj (ISN 329) and transferred him to the control of the Government of Uruguay.

Dated: December 8, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

*/s/ Timothy A. Johnson*
RONALD WILTSIE
TIMOTHY A. JOHNSON
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 514-1359
Fax: (202) 616-8470
*Attorneys for Respondents*