UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                       )
ABDULHADI OMER MAHMOUD          )
FARAJ,                                              )
                                                       )
            Petitioner,                     )
                                                        )
         v.                                     )      Civil Action No. 05-1490 (PLF)
                                                       )
BARACK H. OBAMA, et al.,               )
                                                      )
            Respondents.                 )
_____ )

MEMORANDUM OPINION

        Petitioner Abdulhadi Omer Mahmoud Faraj was released from detention at the U.S. Naval Station at Guantanamo Bay, Cuba and transferred to Uruguay no later than December 8, 2014. *See* Government's Notice of Transfer of Petitioner [Dkt. No. 319]. On February 18, 2015, this Court ordered petitioner to show cause why this case should not therefore be dismissed as moot. In response, petitioner asserts only continued reputational injury and stigma. *See* Petitioner's Response to Court's Order to Show Cause at 3 [Dkt. No. 327]. "'In this circuit, [however,] when injury to reputation is alleged as a secondary effect of an otherwise moot action, we [require] some tangible concrete effect . . . susceptible to judicial correction' before we assert jurisdiction." Gul v. Obama, 652 F.3d 12, 20 (D.C. Cir. 2011) (quoting McBryde v. Comm. To Rev. Circuit Council Conduct, 264 F.3d 52, 57 (2001)) (internal quotation marks omitted). And Petitioner's Motion for Injunctive or Declaratory Relief Regarding Respondents' Wikileaks Guidance [Dkt. No. 286] also does not provide a tangible concrete injury sufficient for jurisdiction — any hindrance of petitioner's counsel's representation regarding this action caused

by the government's Wikileaks Guidance necessarily will terminate with this case. Petitioner therefore has failed to demonstrate a cognizable injury sufficient for this Court to retain jurisdiction under Article III of the Constitution of the United States.

      For the foregoing reasons, the Court will dismiss this case as moot. An order consistent with this Memorandum Opinion shall issue this same day.

                                                                     _/s/_____
                                                                      PAUL L. FRIEDMAN
                                                                      United States District Judge

DATE: June 24, 2015